IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellant, | |
| v. | No. 26-1214 |
| STATE OF COLORADO, et al., | |
| Defendants-Appellees. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26 and 27, the United States respectfully moves for a 25-day extension of time, to and including August 21, 2026, in which to file its opening brief. This motion is unopposed.

1. The United States brought this action against the State of Colorado, the City and County of Denver, and related defendants, alleging that various state and local laws involving federal immigration enforcement are preempted and violate intergovernmental immunity principles. The district court dismissed the United States' complaint for failure to state a claim.

2. The United States' opening brief in this Court is currently due on July 27, 2026. The United States has not previously requested an extension of this deadline.

3. The United States respectfully requests a 25-day extension of time, to and including August 21, 2026, in which to file its opening brief. The requested extension is necessary to allow government counsel adequate time to prepare the opening brief in light of their other deadlines. Samuel B. Goldstein has principal responsibility for preparing the government's opening brief in this case. Mr. Goldstein is occupied with a number of ongoing appellate matters with recent and upcoming deadlines, including: *United States v. New York*, No. 26-104 (2d Cir.) (reply brief filed July 8, 2026); *Google LLC v. Cellular South, Inc.*, Nos. 26-1519, -1520 (Fed. Cir.) (intervenor brief due Aug. 5, 2026); and *Google LLC v. VirtaMove, Corp.*, No. 25-1230 (U.S.) (brief in opposition due Aug. 12, 2026).

Daniel Tenny is the attorney with supervisory responsibility over this case. In addition to this case, Mr. Tenny is responsible for supervising numerous other matters with recent or upcoming deadlines, including: *United States v. New York*, No. 26-104 (2d Cir.) (reply brief filed July 8, 2026); *United States v. Walz*, No. 26-1886 (8th Cir.) (opening brief filed

July 10, 2026); *American Historical Ass'n v. Trump*, Nos. 26-5185, -5186 (D.C. Cir.) (opening brief filed July 13, 2026); *United States v. Illinois*, No. 25-2904 (7th Cir.) (reply brief filed July 15, 2026); *Rhode Island Latino Arts v. National Endowment for the Arts*, No. 25-2113 (1st Cir.) (reply brief due July 21, 2026); *Leopold v. U.S. Department of Just.*, No. 26-5077 (D.C. Cir.) (answering brief due July 22, 2026); *United States v. Castro Business Enters., LLC*, Nos. 26-1552, -1553 (1st Cir.) (opening brief due Aug. 10, 2026); and *United States v. New York*, No. 26-387 (2d Cir.) (reply brief due Aug. 19, 2026).

4.  Counsel for defendants-appellees have indicated that defendants-appellees do not oppose this motion.

Respectfully submitted,

DANIEL TENNY

 /s/ *Samuel B. Goldstein*
SAMUEL B. GOLDSTEIN
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530
   (202) 514-0718

July 2026

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 418 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in CenturyExpd BT 14-point font, a proportionally spaced typeface.

/s/ Samuel B. Goldstein
Samuel B. Goldstein